IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**CHANGE OF PLEA**

United States of America                  Case Number:  6:25-cr-03023-SRB-01

            vs                             Court Recorder/CRD:  Karen Siegert/Angel L. Geiser

**Trey Alexander Giles**                   Date:   10/3/2025

Honorable Willie J. Epps, Jr. presiding at Springfield, Missouri

Time: 8:40 am – 8:54 am

**APPEARANCES**        Government: Cameron Beaver
                       Defendant:  Ian Lewis
                       USPO:       Carrie Green

Defendant enters a plea of guilty to Count 1 of the Indictment.

- Defendant signed consent to plea before a magistrate judge.
- Defendant sworn.
- Charges and range of punishment read to the defendant.
- Court questioned defendant regarding his age, education, physical and mental condition.
- Court questioned defendant regarding the plea agreement and advised defendant of rights waived by pleading guilty.
- Plea Agreement accepted by the Court; Government directed to file plea agreement in the Electronic Case Filing System.
- Court finds defendant's plea is free and voluntary; factual basis presented.
- Court orders a Pre-sentence Investigation Report.
- Court will enter a report and recommendation recommending acceptance of the plea by the district judge.
- Defendant remains in custody of the US Marshal.